■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN E. DRAPER, Appellant. [756 NYS2d 807] —Appeal from a judgment of Genesee County Court (Noonan, J.), entered January 8, 2001, convicting defendant after a jury trial of sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: The verdict finding defendant guilty of sexual abuse in the first degree (Penal Law former § 130.65 [3]) is not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490, 495 [1987]). The sentence is not unduly harsh or severe. Present—Pigott, Jr., P.J., Green, Wisner, Burns and Gorski, JJ.